In the Matter of the Application of MARY C. DONELIN and Others for an Order against PAUL J. KERN, President, and Others, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ISADORE LASHINSKY v. MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

RAYMOND KAUFMAN v. CATHERINE GALLAGHER and HAROLD GALLAGHER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of DAVID E. LAMBORN (Also Known as DAVID EMMOR LAMBORN), Deceased, as a Will of Personal Property. CHARLES G. MEEHAN and Others v. ARTEMAS E. WARD, as Administrator, etc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Exterior Street, from East 138th Street, to East 144th Street, etc. In re Damage Parcel No. 309.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ADOLPH BUCHLER CATERER, INC., to WILLIAM LAMKAY. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of GEANNE HUGHES BLOOMINGDALE (BUTLER) against JAMES A. FOLEY, Individually, and as Surrogate of New York County.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THEODORE W. STEMMLER v. MARY W. LILLIE and Others. In the Matter of the Petition of JULIA W. PORGES for an Order Directing the Chamberlain of the City of New York to Pay to Her Her Proportionate Share of the Fund Deposited with Him under Final Judgment in the Above Entitled Action, with Interest. ALMERINDO PORTFOLIO, as Treasurer, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 757.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of ROBERT D. STERLING and Another for an Order for the Inspection of the Books and Records of NEWS PROJECTION CORPORATION against NEWS PROJECTION CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.